STATE of Missouri,
Plaintiff-Respondent,

v.

Lawrence R. RORIE,
Defendant-Appellant.

No. 45987.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 12, 1984.

Kevin M. O'Keefe, Karl F. Lang, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM:

Defendant was found guilty by a jury, convicted of murder in the second degree, § 565.004 RSMo.1978, and sentenced to thirty years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment of the trial court is affirmed pursuant to Rule 30.25(b).